Richard K. Gustafson II (Bar No. 193914)
Legal Helpers, P.C.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  rkg@legalhelpers.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| Wendi Noble, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>Gordon & Wong Law Group, PC.,<br><br>        Defendant. | Case No. 2:09-cv-07812-CAS-RC<br><br><br>**APPLICATION FOR<br>ENTRY OF DEFAULT** |

To the Clerk of the United States Central District Court of California:

   Please enter the default of Defendant Gordon & Wong Law Group, PC, pursuant to Fed. R. Civ. P. 55(a) for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the Declaration being filed contemporaneously herewith.

                    RESPECTFULLY SUBMITTED,

                    Legal Helpers, P.C.

                    By: */s/ Richard K. Gustafson*
                         Richard K. Gustafson (Bar # 193914)
                         233 S. Wacker Dr., Suite 5150
                         Chicago, IL 60606
                         Tel:  866-339-1156
                         Fax: 312-822-1064
                         Email:  rkg@legalhelpers.com
                         *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 26, 2010, a copy of the foregoing Application for Entry of Default was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail:

Gordon & Wong Law Group, PC
c/o Amy L Gordon, Registered Agent
510 Myrtle Ave, Suite 102
South San Francisco, CA 94080

/s/ Richard J. Meier